AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

PAUL PATTEN,

              Plaintiff,

        **V.**

SHAWN HAMMOND,

              Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:   CV 126-85

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered June 30, 2026, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion, and this case is dismissed without prejudice. This case stands closed.



6/30/2026

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020